No. 230. GILLETTE SAFETY RAZOR CO. *v.* STANDARD SAFETY RAZOR CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Mr. George E. Middleton* for respondent.

No. 272. GILLETTE SAFETY RAZOR CO. *v.* HAWLEY HARDWARE CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Messrs. John C. Kerr* and *Thomas J. Byrne* for respondent.

No. 273. GILLETTE SAFETY RAZOR CO. *v.* STANDARD SAFETY RAZOR CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Mr. George E. Middleton* for respondent.

No. 231. BANK OF CALIFORNIA *v.* INTERNATIONAL MERCANTILE MARINE CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh S. Williamson, Sumner Ford,* and *Edward A. Craighill, Jr.,* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 232. BANK OF CALIFORNIA *v.* INTERNATIONAL MERCANTILE MARINE CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh S. Williamson,*